944

No. 82–323.   FISHER ET UX. *v.* WEST VIRGINIA DEPARTMENT OF HIGHWAYS ET AL.   Sup. Ct. App. W. Va.   Certiorari denied.

No. 82–325.   LAWSON *v.* BURLINGTON INDUSTRIES, INC. C. A. 4th Cir.   Certiorari denied.

No. 82–330.   JADAIR, INC. *v.* WALT KEELER CO., INC. C. A. 7th Cir.   Certiorari denied.

No. 82–334.   GINTHER-DAVIS CONSTRUCTION CO., INC., ET AL. *v.* TEXAS COMMERCE BANK NATIONAL ASSN. ET AL. C. A. 5th Cir.   Certiorari denied.

No. 82–336.   STRICKLER ET AL. *v.* PENNSYLVANIA.   Super. Ct. Pa.   Certiorari denied.

No. 82–338.   SUN PUBLISHING CO., INC. *v.* JONES.   Sup. Ct. S. C.   Certiorari denied.

No. 82–340.   GLADSTONE ET AL., DBA ARTHUR YOUNG & CO., ET AL. *v.* M. BRYCE & ASSOCIATES, INC.   Ct. App. Wis.   Certiorari denied.

No. 82–343.   ROBINSON BUS SERVICE, INC., ET AL. *v.* WILLETT MOTOR COACH CO. ET AL.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 82–345.   COOPER, CITY ATTORNEY OF SANTA ANA, CALIFORNIA *v.* MITCHELL BROTHERS' SANTA ANA THEATER ET AL.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.